# United States District Court

DISTRICT OF

International Brotherhood of Electrical Workers Local Union Number 99 Annuity Fund; and Allen P. Durand et al, Trustees of the International Brotherhood of Electrical Workers Local Union Number 99 Annuity Fund

V.

Roger Jarret

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 05 541 T

TO: (Name and address of defendant)

Scott J. Partington, Esq. As Agent For Service
2176 Mendon Road, Suite 2000
Cumberland, RI 02864-3805

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph J. Pezza, Esq.
Rodio & Ursillo, Ltd.
86 Weybosset Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12-29-05

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil A n

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other *(specify)*: I, Scott J. Partington, Esquire, hereby accept service of process on behalf of the Defendant Roger Jarret.

Scott J. Partington
1-17-06

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ *Date* ______ *Signature of Server*

______ *Address of Server*

FILED
2006 JAN 20 A 10:47
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.