**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS LOCAL
UNION #99 ANNUITY FUND,
Plaintiffs

      v.                      C.A. No. 05-541T

ALLEN P. DURAND, ROGER
JARRET,
Defendants

**SHOW CAUSE ORDER**

On or before **July 31, 2006**, the plaintiff is hereby ordered to show cause, in writing, why the case should not be dismissed for lack of prosecution. Failure to comply will result in dismissal of the case.

By Order,

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
United States District Judge
Date: 6/27/06

FORMS/SHWCAUS2.ORD