**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION #99 ANNUITY FUND,
Plaintiffs

v. C.A. No. 05-541T

ALLEN P. DURAND, ROGER JARRET,
Defendants

**SHOW CAUSE ORDER**

On or before **July 31, 2006**, the plaintiff is hereby ordered to show cause, in writing, why the case should not be dismissed for lack of prosecution. Failure to comply will result in dismissal of the case.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres
United States District Judge
Date: 6/27/06
FORMS/SHWCAUS2.ORD