UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NUMBER 99 ANNUITY FUND; and ALLEN P. DURAND et al, TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NUMBER 99 ANNUITY FUND | : | |
| VS. | : | C.A. NO.: 05-541T |
| ROGER JARRET | : | |

**ANSWER OF DEFENDANT, ROGER JARRET TO PLAINTIFFS' COMPLAINT FOR DECLARATORY RELIEF**

**PARTIES**

1. Admitted.

2. Admitted.

3. Admitted.

**JURISDICTION**

4. Defendant incorporates his responses to paragraphs 1 through 3 of this Complaint as if such responses were set forth fully at length herein.

5. Admitted.

6. Admitted.

7. Defendant does not object to the Plaintiffs seeking a Declaratory Judgment by this Court pursuant to the authority and in the manner set forth in paragraph 7 of Plaintiffs' Complaint.

## STATEMENT OF FACTS

8. Defendant incorporates his responses to paragraphs 1 through 7 of this Complaint as if such responses were set forth fully at length herein.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. Admitted.

21. Admitted.

22. Admitted.

23. Admitted.

24. Admitted.

25. Admitted.

26. Admitted.

27. Defendant incorporates his responses to paragraphs 1 through 25 of this Complaint as if such response was set forth fully at length herein.

28. Admitted.

29. Admitted.

WHEREFORE, your Defendant joins in the prayer for relief as set forth in Plaintiffs' Complaint.

Defendant, ROGER JARRET
By and through his attorney,

Scott J. Partington, Esq. #3168
Bigos & Partington, Ltd.
2176 Mendon Road, Suite 2000
Cumberland, RI 02864
Ph: (401) 334-4354
Fax: (401) 334-4818

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within document to Joseph J. Pezza, Esquire, and Michael W. Murphy, Esquire, Rodio & Ursillo, Ltd., 89 Weybosset Street, Providence, RI 02903 on the 10 day of July, 2006.